## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

KROLL ONTRACK, INC.,                    Civil 05-928 (JRT/FLN)

    Plaintiff,

v.                                             **O R D E R**

SEAN FOLEY,

    Defendant.

GEORGE R. WOOD, **LITTLER MENDELSON**, 33 Sixth Street South, Suite 3110, Minneapolis, Minnesota 55402, for plaintiff.

DANIEL OBERDORFER, **LEONARD, STREET & DEINARD**, 150 South Fifth Street, Suite 2300, Minneapolis, Minnesota 55402, for defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 25, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to dismiss is DENIED, and Defendant's motion to transfer to the Eastern District of Virginia is GRANTED [#3].

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: February 14, 2006                  s/John R. Tunheim
at Minneapolis, Minnesota                JOHN R. TUNHEIM
                                                    United States District Judge